IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-33-BU-DLC |
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| KYLER REED SHINNABERRY, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture of the property identified below.

Defendant Kyler Reed Shinnaberry has been adjudged guilty of Prohibited Person in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1), as charged in the sole count of the Indictment. Doc. 2. As such, Defendant's plea and the Offer of Proof establish a factual basis and cause to issue a preliminary order of forfeiture pursuant to 18 U.S.C. § 924(d). (Docs. 40, 48, 49, 51.)

Accordingly, IT IS ORDERED that the Unopposed Motion for Preliminary Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED that Defendant Shinnaberry's interest in the following property is forfeited pursuant to Federal Rule of Criminal Procedure 32.2(b):

a.  SIG SAUER (SIG-ARMS) P365 PISTOL CAL:9 SN: 66B323671;

b.  8 Rounds unknown Ammunition CAL:9; and

c.  2 Rounds Assorted Ammunition CAL:9.

IT IS FURTHER ORDERED that the ATF or a designated sub-custodian are directed to seize and/or maintain this property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that, upon adjudication of any third-party interests, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), in which such interests will be addressed.

DATED this 16th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court