IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLER REED SHINNABERRY,<br><br>Defendant. | CR 25–33–BU–DLC<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 60.) Having reviewed said Motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on July 16, 2026 that forfeited the Defendant's interest. (Doc. 56.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 59.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 60) is GRANTED.

2. The following property shall be returned to J.B., its lawful owner, when no longer needed as evidence:

- Sig Sauer (Sig-Arms), model P365, 9mm caliber pistol, S/N 66B323671.

3. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2), free from the claims of any other party:

- 8 rounds of 9mm caliber ammunition; and
- 2 rounds of assorted 9mm caliber ammunition.

4. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 21st day of September, 2026.

Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court