IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLER REED SHINNABERRY,<br><br>Defendant. | CR 25–33–BU–DLC<br><br>ORDER |

Before the Court is Defendant Kyler Reed Shinnaberry's Motion to File Exhibit Under Seal. (Doc. 66.) Defendant seeks leave to file Exhibit A to his Sentencing Memorandum under seal because it contains confidential information. The United States does not object.

Accordingly, IT IS ORDERED that the Motion (Doc. 66) is GRANTED. The Clerk of Court is directed to modify the docket to reflect that the lodged sealed document (Doc. 67) submitted with Defendant's Motion (Doc. 66) is deemed filed under seal.

DATED this 29th day of October, 2026.

Dana L. Christensen, District Judge
United States District Court